Opinion issued March 13, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-01005-CV

____________


EVA PENA, Appellant


V.


OSCAR J. PENA, Appellee






On Appeal from the 308th District Court

Harris County, Texas

Trial Court Cause No. 2005-08355






MEMORANDUM OPINION

 Appellant, Eva Pena, has filed an emergency motion to dismiss her appeal. 
Appellee, Oscar J. Pena, previously filed a motion to dismiss the appeal, which has
been carried with the case. No opinion has issued. Accordingly, we grant appellant's
and appellee's motions to to dismiss the appeal. The appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Keyes, Alcala, and Higley.